IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

THOMAS L. McNEIL,

                Plaintiff,

       v.                           CASE NO. 07-3195-SAC

CORRECTIONS CORPORATION
OF AMERICA, et al.,

                Defendants.

**O R D E R**

On August 24, 2007, this court entered an Order granting plaintiff thirty (30) days in which to submit an assessed, initial, partial filing fee of $ 13.50 or object to the fee; and in which to show cause why this action should not be dismissed for the reasons stated in that Order. The time allotted to plaintiff in the Order has expired, and nothing has been submitted by him in response. The court finds, as a consequence, that this action should be dismissed and all relief denied, without prejudice.

**IT IS THEREFORE ORDERED** that plaintiff's Motion for Leave to Proceed in forma pauperis (Doc. 2) is denied, and this action is dismissed and all relief is denied, without prejudice.

**IT IS SO ORDERED.**

Dated this 23rd day of October, 2007, at Topeka, Kansas.

                                                          s/Sam A. Crow
                                                          U. S. Senior District Judge